**Order entered May 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01545-CR
No. 05-18-01546-CR
No. 05-18-01547-CR
No. 05-18-01548-CR
No. 05-18-01549-CR
No. 05-18-01550-CR

**LUIS ANGEL RUEDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-51915-V, F18-51916-V, F18-51917-V,**
**F18-75237-V, F18-75268-V & F18-24000-V**

## ORDER

Luis Angel Rueda appeals his convictions for four aggravated robberies, possession of a controlled substance, and theft of a firearm. The record shows that on September 10, 2018, a magistrate took appellant's pleas and the cases were then passed to December 18, 2018 for sentencing. The reporter's record from the December 18th hearing has been filed; however, the reporter's record from the September 10th hearing has not. The docket sheet shows that court reporter Laura Rodriguez reported September 10, 2018 hearing.

We **ORDER** court reporter Laura Rodriguez to file, within **TWENTY DAYS** of the date of this order, the reporter's record from the September 10, 2018 hearing.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 282nd Judicial District Court; Laura Rodriguez, court reporter, Auxiliary Court No. 2; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE